NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1471

MUMFORD & MILLER CONCRETE, INC.,

Appellant,

v.

Pete Geren, SECRETARY OF THE ARMY,

Appellee.

William D. Auxer, Kaplin Stewart Meloff Reiter & Stein, PC, of Blue Bell, Pennsylvania, argued for appellant.

Bryant G. Snee, Trial Attorney, Commercial Litigation Branch, Civil Division United States Department of Justice, of Washington, DC, argued for the appellee. On the brief were Jeanne E. Davidson, Director, Mark A. Melnick, Assistant Director, and A. Bondurant Eley, Trial Attorney.

Appealed from: Armed Services Board of Contract Appeals

Administrative Judge Monroe E. Freeman, Jr.

# United States Court of Appeals for the Federal Circuit

2007-1471

MUMFORD & MILLER CONCRETE, INC.,

Appellant,

v.

Pete Geren, SECRETARY OF THE ARMY,

Appellee.

# Judgment

ON APPEAL from the      Armed Services Board of Contract Appeals

in CASE NO(S).      53652 and 53653

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (NEWMAN, LOURIE, and BRYSON, Circuit Judges).

         AFFIRMED.  See Fed. Cir. R. 36.

         ENTERED BY ORDER OF THE COURT

DATED _March 14, 2008_      _/s/ Jan Horbaly_____

         *Jan Horbaly, Clerk*